UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKWATER TRADING LLC, et al., | |
| Plaintiffs, | 20 Civ. 3515 (PAE) |
| -v- | 20 Civ. 5298 (PAE) |
| | 20 Civ. 5285 (PAE) |
| JPMORGAN CHASE & CO., et al., | 20 Civ. 5360 (PAE) |
| | 20 Civ. 5918 (PAE) |
| Defendants. | 20 Civ. 4523 (PAE) |
| | 20 Civ. 5772 (PAE) |
| | ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court understands that all related cases involving common allegations of spoofing or market manipulation by the JPMorgan Chase & Co. defendants are now before this Court. The Court's judgment is that a brief telephone conference is warranted, before the Court sets a schedule for next steps in the case. The Court schedules such a conference for Thursday, August 13, 2020, at 10 a.m. The parties are to call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with Chambers.

In advance of the conference, the Court directs that counsel for plaintiffs and defendants confer as to an orderly schedule in the case and file a joint letter on the docket of each related case setting forth the parties' proposals as to the schedule. Counsels' joint letter is due by 5 p.m. on Tuesday, August 11, 2020. The letter should address the schedule for, *inter alia*, (1) any

anticipated motion for consolidation, (2) any anticipated motion for the appointment of lead plaintiffs' counsel, (3) the filing of a consolidated amended complaint, and (4) the deadline for defendants to answer or move to dismiss.  Counsels' letter should also identify the counsel who will be participating in the August 13 telephonic conference, and, to assure an orderly discussion, designate a lead counsel to speak for each side at the conference.  For avoidance of doubt, the designation of such a counsel for such a call will have no bearing on any decision the Court may be called upon to make later with respect to the appointment of lead counsel.

    SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 5, 2020
       New York, New York